UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:95CR00044-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VERNON WELDON DICKERSON | ) | |

It now appearing to the court that the said Vernon Weldon Dickerson died on or about February 3, 1999. At which time a remaining liability existed in the amount of $1,423.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This 16 March 2011.

_____
W. Earl Britt
Senior U.S. District Judge